

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS
## AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

Honorable Tom DeBerry, Member,
State Board of Control
Austin, Texas

Dear Senator DeBerry:          Opinion No. 0-2550

Re: Does the Board of Con-
trol have the authority
to approve the exchange
of 2000 empty one-gallon
tin cans of the Austin
State School for vege-
tables already processed
by Texas Prison System?

We beg to acknowledge receipt of your letter of
July 17, 1940, propounding for a legal opinion the follow-
ing question:

"Dr. M. I. Brown, Superintendent of the
Austin State School, Austin, Texas, has about
two thousand (2000) empty one gallon tin cans,
and has no use for them. The Prison System
can use these cans and have agreed to exchange
vegetables already processed for these cans.
Does the Board of Control have the authority
to approve this exchange?"

The Board of Control is given a very general
power over the various departments, boards, institutions
and public offices of the State with respect to fiscal
and economic matters. See Art. 603 Rev. Civ. Stat.

The Board is especially authorized "to make con-
tracts with the State Prison Board for the purchase of
supplies, * * * including food, * * * and all other sup-
plies or agricultural or manufactured products, * * * for
use of the State in any of its departments, commissions,
boards, offices or eleemosynary or educational institutions."
Rev.Civ.Stat.,Vernon's Cod.,Art. 634 1/2.

NO COMMUNICATION IS TO BE CONSTRUED AS A DEPARTMENTAL OPINION UNLESS APPROVED BY THE ATTORNEY GENERAL OR FIRST ASSISTANT

Honorable Tom DeBerry - Page 2

Article 665 of the Revised Civil Statutes de-clares:

"The State Board of Control shall have charge and control of all public buildings, grounds and property of the State, and is the custodian of all public personal property, and is charged with the responsibility to properly care for and protect such property from damage, instrusion or improper usage."

In our Opinion No. 0-1376 we construed this statute, "to authorize the Board of Control to accept from any State department or institution under its control supplies and equipment no longer usable or needed for use by such department or institution, and to place the same in the hands of any other department or institution having need of the same (at least temporarily, if not permanently) where such exchange is mutually satisfactory to the two departments or institutions concerned, as an act of conservation under the general power above conferred on the Board."

Upon these considerations you are respectfully advised it is the opinion of this department that the Board of Control does have the authority to approve the exchange suggested in your letter of inquiry.

Very truly yours

ATTORNEY GENERAL OF TEXAS

By

Ocie Speer
Assistant

OS-MR    APPROVED     , 1940

ATTORNEY GE



APPROVED
OPINION
COMMITTEE
BY
CHAIRMAN